NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

### UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                    Crim. No. 3:10CR12/LAC

ARLUTHA W. SMILEY


On May 7, 2008, the above named offender was released from imprisonment and began serving a five (5) year term of supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Arlutha W. Smiley be discharged from supervised release.


Respectfully submitted,

Bryan E. Jansen
U.S. Probation Officer


### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 18th day of NOV , 2010.

The Honorable Lacey A. Collier
Senior United States District Judge